# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 09-mj-07019-BNB |
| MINI K. GOODWIN | Christine Dieringer, CJA<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 661 | Larceny of Private Property | On or about August 25, 2009 | 1 |

Defendant is sentenced to 6 months unsupervised probation, with 5 days in jail suspended. Defendant to complete 60 hours of community service in Chicago, with a charity. CJA Attorney Christine Dieringer to provide the name of the charity to the court, within 2 weeks of this date. Fine and fees due within 6 months of this date. Proof of same to be provided to the government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:**   $100 | $25; $25 Processing fee | $50.00 |

November 4, 2009
_____
Date of Imposition of Judgment

s/Boyd N. Boland
_____
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

November 16, 2009
_____
Date