# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED** JUDGMENT IN A CRIMINAL CASE |
| | **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 09-mj-07019-BNB |
| | Christine Dieringer |
| MINI K. GOODWIN | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 661 | Larceny of Private Property | On or about August 25, 2009 | 1 |

Defendant is sentenced to 6 months unsupervised probation, with 5 days in jail suspended. Upon Court order of 4/21/10, **Defendant to pay $300 by 5/12/10**, instead of completion of 60 hours of community service, as originally ordered on 11/4/09. Fine and fees of $100 still due as originally ordered, for a total of $400 due. Proof of payment to be provided to the government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** $400 | $25; $25 Processing fee | **$350.00** |

April 21, 2010
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

May 10, 2010
Date